Hugh G. Parsons, Appellant, v. Parsons Lumber Company, Inc., Appellee.
Parsons Lumber Company, Inc., Appellee, v. Hugh G. Parsons, Appellant.

Gen. No. 9,514. (Abstract of Decision.)

Heard in this court at February term, 1940; opinion filed May 15, 1940.

Opinion by JUSTICE HUFFMAN. ''Not to be published in full.''